UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

***************************************************************

| | | |
|---|---|---|
| BARBARA M. UHL and<br>MAURICE UHL, | * | CIV 17-4169 |
| Plaintiffs, | * | |
| vs. | * | ORDER OF DISMISSAL |
| SIOUXLAND SURGERY CENTER<br>LIMITED LIABILITY PARTNERSHIP,<br>d/b/a Dunes Surgical Hospital; and<br>BRIAN D. JOHNSON, M.D., M.P.H.,<br>Individually; TORNIER, INC., a<br>Delaware Corporation; RSW MEDICAL<br>COMPANY, INC., a South Dakota<br>Corporation; ARTHREX, INC., a<br>Delaware Corporation; CHRIS BECKER,<br>Individually; and CNOS, an Iowa<br>corporation, | * | |
| Defendants. | * | |

***************************************************************

The Court has been advised that the case has been settled. Accordingly,

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice, each party to pay their own costs. Any party, on good cause shown on or before July 29, 2019, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't*, 437 F.3d 749 (8th Cir. 2006).

Dated this 24th day of June, 2019.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

/s/ Matthew Thelen